IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : | CIVIL ACTION NO. 875 |
| | : | |
| VARIOUS PLAINTIFFS | : | Transferred from Connecticut |
| v. | : | Listed in Exhibit "A" Attached |
| VARIOUS DEFENDANTS | : | |

FILED
JUL - 7 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this **6th** day of **July, 2011**, it is hereby **ORDERED** that all claims against all viable defendants in the cases listed in "Exhibit A," attached, are **DISMISSED** and the cases are transferred to the "Bankruptcy Only" docket.

It is further **ORDERED** that the cases be marked **CLOSED**.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

Exhibit A

| Date | Number | Case No. | Name | Location | T/O# |
|---|---|---|---|---|---|
| 3/1/2011 | 63205 | 91-00482 | Anderson, John K. | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63089 | 90-00444 | Bachelder, Herbert | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62766 | 89-00054 | Barbeau, Rene | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62779 | 89-00422 | Barker, Robert | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63135 | 90-00599 | Barlow, Portus and Poppy | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62826 | 89-00812 | Bates, Maurice | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63099 | 90-00501 | Bauer, William II | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62957 | 90-00735 | Beard, Francis | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62795 | 89-00509 | Belleville, Marc | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63015 | 89-00849 | Bentley, Dorothy | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63171 | 90-00895 | Bergeron, Gerard | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63123 | 90-00569 | Blake, Wilfred and Evelyn | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63132 | 90-00593 | Bode, William | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63100 | 90-00503 | Bogue, Raymond, Sr. | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62798 | 89-00539 | Bogue, Wilmont | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63094 | 90-00462 | Boisclair, John | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62770 | 89-00147 | Bridge, Herbert | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63220 | 91-01109 | Brzozowski, Edward | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63124 | 90-00570 | Butler, J.B. | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62768 | 89-00144 | Cameron, Gerald | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62532 | 83-00272 | Caplet, Louis and Barbara | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62741 | 88-00350 | Cavallaro, Michael | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63149 | 90-00613 | Ceil, Gary | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63136 | 90-00600 | Cody, John and Malinda | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62747 | 88-00407 | Colonis, James | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62784 | 89-00462 | Cournoyer, Norman | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63091 | 90-00446 | Davignon, Reed | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62839 | 86-00686 | Delcore, Don and Margherita | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62964 | 90-00787 | Desrosiers, Germaine | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62752 | 88-00596 | Drum, John and Dawn | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63215 | 91-01085 | Efinchuk, Robert | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63126 | 90-00572 | Emond, Norman and Pauline | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62513 | 82-00794 | Fagan, Thomas and Barbara | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62879 | 86-01230 | Faitani, Irene Est. of Lawrence Faitani | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62751 | 88-00595 | Fields, Theodore The Est. of Joseph Fields, Deceased | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62500 | 82-00213 | Fox, Robert and Lorraine | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63242 | 92-00341 | Frates, Edmund | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62981 | 90-00969 | Frederick, Robert and Anne | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63142 | 90-00606 | Fusaro, George | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62478 | 81-00649 | Gardner, Harold and Doris | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62756 | 88-00663 | Gelinas, Wilfred | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63102 | 90-00521 | Gillis, Harvey | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62561 | 84-00337 | Given, Robert | CONNECTICUT - 2 | T/O#: 912 |

| Date | | | Name | State | T/O# |
|---|---|---|---|---|---|
| 3/1/2011 | 63025 | 90-00049 | Goodall, Merle | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63008 | 91-00165 | Grills, James | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63122 | 90-00558 | Haggett, Hiram | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62975 | 90-00924 | Hawkins, Gewin | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62808 | 89-00679 | Hayes, Ralph | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63084 | 90-00388 | Hite, Ernest | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63018 | 89-00863 | Hutchins, Charles | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63164 | 90-00738 | Janus, Thomas | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63216 | 91-01086 | Jarvis, John | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62691 | 86-00813 | Jennings, Thomas and Helen Jennings, Charles | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63144 | 90-00608 | Kaye, Leonard | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63140 | 90-00604 | Kogut, Thomas | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62799 | 89-00553 | Krotsis, William | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63147 | 90-00611 | Labega, Anthony | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62760 | 88-00785 | Labrecque, Joseph, Jr. Executor of the Est. of Joseph LaBrecque, Sr., Deceased | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62586 | 84-00904 | Lach, Robert and Carol | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63151 | 90-00616 | LaPorte, Donald | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62988 | 90-01024 | Laroche, Norbert | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63133 | 90-00596 | Larocque, Joseph | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62570 | 84-00481 | Licciardi, John and Ellen | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62967 | 90-00807 | Limanni, Rosario | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62974 | 90-00923 | Littleton, Robert and Jean | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63252 | 92-00448 | Longo, Santo | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63130 | 90-00577 | Lowe, Asbury | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62797 | 89-00523 | Loyzim, Louis | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62976 | 90-00925 | Maiolo, Garibaldi | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62987 | 90-01023 | Martell, William | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63218 | 91-01101 | Maynard, John | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62439 | 80-00275 | Moore, Arthur and Gladys | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63137 | 90-00601 | Nelson, Jeff Lee | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62769 | 89-00146 | Nieto, Walter | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62790 | 89-00492 | Noll, Louis | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62468 | 81-00280 | Nollet, Lucien and Helen | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63143 | 90-00607 | Odone, Francis | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63086 | 90-00417 | Orne, Robert and Joan | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62629 | 85-00881 | Palmisano, Salvatore S. | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62545 | 83-00721 | Pappas, Alexander and Dolores | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62762 | 88-00844 | Patridge, Robert and Mildred | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62757 | 88-00664 | Poitras, Robert | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62489 | 82-00007 | Sanchez, Miguel and Carmen | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63027 | 90-00086 | Saunders, Jesse and Bernarda | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63150 | 90-00615 | Schroeder, Adrian | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62754 | 88-00655 | Scott, Donald and Marian | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62761 | 88-00843 | Shafer, Hubert and Bertha | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62746 | 88-00399 | Slonski, Allen and Ruth | CONNECTICUT - 2 | T/O#: 912 |

| Date | | | Name | Location | T/O# |
|---|---|---|---|---|---|
| 3/1/2011 | 63131 | 90-00592 | Swanson, Edward | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62749 | 88-00496 | Trafaconda, Salvatore | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63148 | 90-00612 | Vitro, Frank | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63019 | 89-00864 | Way, Charles | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 62507 | 82-00606 | White, Robert A. and Dorothy E. | CONNECTICUT - 2 | T/O#: 912 |
| 3/1/2011 | 63080 | 90-00350 | Worrall, George | CONNECTICUT - 2 | T/O#: 912 |

Certificate of Service

**MAILED:**

| | | |
|---|---|---|
| ANN RUBIN | JOHN FLAHERTY | R. DANAHER |
| ANNE ZOVAS | KATHERINE CALLAHAN | RICHARD AIKEN |
| ERNEST MATTEI | KERRY CALLAHAN | RICHARD MIDDLETON |
| FRANKLIN FINK | LAWRENCE CETRULO | ROBERT DANAHER |
| GREGORY WILLIS | LOIS FRANKFORTE | ROBERT MONSTREAM |
| HENRY IDE | LUCAS STRUNK | ROBERT MONTSTREAM |
| JAMES ACKERMAN | MARGARET CORRIGAN | STEPHEN NEUSNER |
| JAMES EARLY | MAUREEN KANE | THOMAS HAGARTY |
| JAMES MOHER | NADA MORIN | VINCENT DOWLING |
| JASON DODGE | PATRICK FLAHERTY | WILLIAM MEEHAN |
| JOEL ROTTNER | PETER SCHWARTZ | WILLIAM PROUT |
| JOHN FITZGERALD | | |

**E-MAILED:**

| | | |
|---|---|---|
| CATHERINE MOHAN | PAUL RUBINO | STEPHEN EMBRY |
| FREDERICK TEDFORD | PETER RUBIN | STEVEN WRIGHT |
| MATTHEW SHAFNER | | |